ment affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented, upon the ground that whether plaintiff's intestate fell while standing beside defendant's tracks or while about to cross the tracks as a traveler upon the highway, or as an intending passenger, she was in either event guilty of contributory negligence as matter of law.

Guiseppe Caccamo, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., who dissented.

In the Matter of the Proposed Incorporation of the Village of South Dayton, Cattaraugus County, New York. Alphonso House, Appellant.— Order affirmed, without costs. (See Village Law, § 18.)* All concurred.

National Car Wheel Company, Respondent, v. Rochester Iron and Metal Company and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Lorenda Lyon, Respondent, v. City of Salamanca, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles G. Barry, Respondent, v. George E. Mason. Appellant.— Judgment and order affirmed, with costs. All concurred.

Fred Arnst, as Administrator, etc., Respondent, v. Frank X. Diebold, Appellant.— Judgment and order affirmed, with costs. All concurred.

Leroy Jerred, Respondent, v. Oswego Construction Company, Incorporated, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners of Appraisal to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Claimed to Be Injured by Change of Grade, etc., and Claimed to Be Owned by Peter Hof and Others. (Proceeding No. 98.) — Motion for reargument made by Otis Elevator Company denied, with ten dollars costs.

In the Matter of Charles A. B. Smith, Attorney and Counselor at Law. — Report of referee confirmed and order of disbarment entered. All concurred.

Federal Telephone and Telegraph Company, Respondent, v. Bradford E. Stephens, Appellant, Impleaded, etc.— Motion granted and appeal dismissed, with costs.

Eugene E. Webster, Respondent, v. Radcliffe L. Symonds, Appellant.— Motion granted and appeal dismissed, with costs.

In the Matter of the Probate of the Last Will and Testament of James T. Miller, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

Innes Landon, Respondent, v. Pennsylvania Railroad Company and New York, Chicago and St. Louis Railroad Company, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

George W. Klock, Respondent, v. James Stewart & Company, Inc., Appellant.— Order modified by directing plaintiff to furnish a bill of

---

* Consol. Laws, chap. 64 (Laws of 1909, chap. 64), § 18. — [REP.